UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROJAS, a minor, by and through his Guardian ad Litem, Walter Rojas,<br><br>Plaintiff,<br><br>v.<br><br>SEA WORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 21cv145-BEN (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION [ECF NO. 5]** |

On March 9, 2021, the parties filed a "Joint Motion to Continue Early Neutral Evaluation Conference, Case Management Conference & Initial Disclosures." (ECF No. 5.) They ask the Court to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") scheduled for March 17, 2021, as well as related deadlines. (Id. at 1-2.) The parties reference Plaintiff's Motion to Remand, which was filed after the Court issued its order scheduling the ENE and CMC, and argue that their request is warranted in the interest of judicial economy and to preserve the parties' resources. (Id. at 2.) They ask the Court to continue the ENE and CMC until "thirty (30) days following the service of notice of this Court's ruling on the Motion for Remand." (Id. at 2-3.)

Having reviewed the parties' joint motion and finding good cause, the Court **GRANTS IN PART** the motion. The Court **VACATES** the ENE and CMC currently scheduled for March 17, 2021, at 9:30 a.m., and all related deadlines, pending the ruling on Plaintiff's Motion to Remand [ECF No. 4]. If the case is not remanded, the parties are **ORDERED** to contact the chambers of Judge Berg within **five (5) business days** of the District Judge's order on the Motion to Remand to reschedule the ENE and CMC.

**IT IS SO ORDERED**.

Dated:  March 9, 2021

Honorable Michael S. Berg
United States Magistrate Judge